# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0148

_____

RICKY LAMAR REED,

Appellant,

v.

TERESA JORDAN,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
David Michael Frank, Judge.

March 7, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard A. Greenberg and Derek Dzwonkowski of Rumberger, Kirk & Caldwell, P.A., Tallahassee; Matthew Williams of The Law Office of Matthew C. Williams, Tallahassee, for Appellant.

Derrick J. McBurrows, Tallahassee, for Appellee.